**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **TRISHA TSHUDY,**  Plaintiff, | **CIVIL ACTION** |
| v. | |
| **PENNSYLVANIA STATE UNIVERSITY,**  Defendant. | **NO. 22-3336** |

**O R D E R**

AND NOW, this 6th day of September, 2022, a hearing on Plaintiff's Motion for Preliminary Injunction has been **RESCHEDULED** for Wednesday, September 14, 2022, at 2:00 P.M., U.S. Courthouse, Courtroom 10-A.

BY THE COURT:

*/s/ Wendy Beetlestone*

**WENDY BEETLESTONE, J.**