# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:22–cv–03336–WB

| | |
|---|---|
| TSHUDY v. PENNSYLVANIA STATE UNIVERSITY | Date Filed: 08/21/2022 |
| Assigned to: HONORABLE WENDY BEETLESTONE | Jury Demand: Plaintiff |
| Referred to: MAGISTRATE JUDGE RICHARD A. LLORET (Settlement) | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |
| Cause: 42:1983 Civil Rights Act | |

**Plaintiff**

**TRISHA TSHUDY**      represented by     **WILLIAM C. REIL**
1515 MARKET ST SUITE 1200
PHILADELPHIA, PA 19102
215–564–1635
Fax: 215–564–4292
Email: billreillaw@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PENNSYLVANIA STATE UNIVERSITY**     represented by     **Erin Lucas Hamilton**
Buchanan Ingersoll & Rooney PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
412–562–3931
Fax: 412–562–1041
Email: erin.hamilton@bipc.com
*ATTORNEY TO BE NOTICED*

**GEOFFREY F. SASSO**
Buchanan Ingersoll & Rooney, P.C.
50 S. 16th Street
Ste 3200
Philadelphia, PA 19102
215–665–3918
Email: Geoffrey.sasso@bipc.com
*ATTORNEY TO BE NOTICED*

**GEORGE C. MORRISON**
Buchanan Ingersoll & Rooney PC
50 S. 16th Street
Suite 3200
19102
Philadelphia, PA 19102
215–665–3909
Email: george.morrison@bipc.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2022 | Ï 1 | COMPLAINT against PENNSYLVANIA STATE UNIVERSITY ( Filing fee $ 402 receipt number APAEDC−16121362.), filed by TRISHA TSHUDY.(REIL, WILLIAM) (Main Document 1 replaced on 8/22/2022) (sbt). (Entered: 08/21/2022) |
| 08/22/2022 | Ï 2 | MOTION for Preliminary Injunction filed by TRISHA TSHUDY.Memorandum, Certificate of Service.(REIL, WILLIAM) (Entered: 08/22/2022) |
| 08/22/2022 | Ï 3 | Summons Issued as to PENNSYLVANIA STATE UNIVERSITY. Forwarded To: counsel on 8/22/22. (mbh) (Entered: 08/22/2022) |
| 08/24/2022 | Ï 4 | NOTICE OF ZOOM STATUS CONFERENCE ON MOTION FOR PRLIMINARY INJUNCTION – SET FOR FRIDAY, AUGUST 26, 2022 AT 10:00 A.M. COUNSEL SHALL CONFER AS TO WHO WILL SCHEDULE AND CIRCULATE ZOOM INFORMATION TO CHAMBERS AT chambers_of_judge_beetlestone@paed.uscourts.gov(lbc) (Entered: 08/24/2022) |
| 08/24/2022 | Ï 5 | NOTICE of Appearance by GEOFFREY F. SASSO on behalf of PENNSYLVANIA STATE UNIVERSITY with Certificate of Service(SASSO, GEOFFREY) (Entered: 08/24/2022) |
| 08/24/2022 | Ï 6 | NOTICE of Appearance by GEORGE C. MORRISON on behalf of PENNSYLVANIA STATE UNIVERSITY with Certificate of Service(MORRISON, GEORGE) (Entered: 08/24/2022) |
| 08/26/2022 | Ï 7 | NOTICE of Appearance by Erin Lucas Hamilton on behalf of PENNSYLVANIA STATE UNIVERSITY with Certificate of Service(Hamilton, Erin) (Entered: 08/26/2022) |
| 08/26/2022 | Ï 8 | Minute Entry for proceedings held before HONORABLE WENDY BEETLESTONE. Video Conference held on 8/26/22. (mbh) (Entered: 08/26/2022) |
| 08/26/2022 | Ï 9 | ORDER ORDER THAT PLAINTIFF'S MOTION FOR PERMANENT/PRELIMINARY INJUNCTION IS DENIED WITHOUT PREJUDICE. SIGNED BY HONORABLE WENDY BEETLESTONE ON 8/26/22.8/26/22 ENTERED AND COPIES E−MAILED.(mbh) (Entered: 08/26/2022) |
| 08/30/2022 | Ï 10 | MOTION for Preliminary Injunction filed by TRISHA TSHUDY.Memorandum, Certificate of Service.(REIL, WILLIAM) (Entered: 08/30/2022) |
| 09/01/2022 | Ï 11 | ORDER THAT THE PARTIES ARE REFERRED TO MAGISTRATE JUDGE RICHARD LLORET FOR A SETTLEMENT CONFERENCE. ON OR BEFORE 9/2/22, COUNSEL FOR THE PARTIES SHALL CONTACT UNITED STATES MAGISTRATE JUDGE RICHARD LLORET TO SCHEDULE A SETTLEMENT CONFERENCE. SIGNED BY HONORABLE WENDY BEETLESTONE ON 9/1/22. 9/1/22 ENTERED AND COPIES E−MAILED.(mbh) (Entered: 09/01/2022) |
| 09/01/2022 | Ï 12 | ORDER THAT A HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION HAS BEEN SCHEDULED FOR 9/7/22 AT 11:00 AM IN COURTROOM 10−A BEFORE HONORABLE WENDY BEETLESTONE. SIGNED BY HONORABLE WENDY BEETLESTONE ON 9/1/22. 9/1/22 ENTERED AND COPIES E−MAILED.(mbh) (Entered: 09/01/2022) |
| 09/02/2022 | Ï 13 | MOTION to Transfer filed by PENNSYLVANIA STATE UNIVERSITY.Memorandum, Declaration, Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(SASSO, GEOFFREY) (Entered: 09/02/2022) |
| 09/02/2022 | Ï 14 | NOTICE of Hearing: PRETRIAL CONFERENCE SET FOR 9/14/2022 AT 3:00 PM BY Video Conference BEFORE HONORABLE WENDY BEETLESTONE. (Attachments: # 1 Joint Report Rule 26(f), # 2 Zoom Info Template)(nm) (Entered: 09/02/2022) |

| | | |
|---|---|---|
| 09/02/2022 | 15 | NOTICE: A settlement conference via the internet will be held on September 29, 2022 at 10:00 a.m., before the Honorable Richard A. Lloret, United States Magistrate Judge. Please email all participants names and emails to sheila_mccurry@paed.uscourts.gov by September 22, 2022. The ZOOM log−on information will be emailed prior to the conference. A status telephone call will be held on September 6, 2022 at 10:30 a.m. Defense counsel will initiate the call to Judge Llorets cell phone once all counsel are on the line. Judge Llorets cell phone number was provided via email. Please complete the attached summary and e−mail it to Chambers at sheila_mccurry@paed.uscourts.gov on or before September 22, 2022. If it is NOT emailed by then Judge Lloret may CANCEL the settlement conference.(smcc) (Entered: 09/02/2022) |
| 09/06/2022 | 16 | ORDER THAT A HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION HAS BEEN RESCHEDULED FOR 9/14/22 AT 2:00 P.M. IN COURTROOM 10−A; ETC.. SIGNED BY HONORABLE WENDY BEETLESTONE ON 9/6/22. 9/6/22 ENTERED AND E−MAILED.(JL) (Entered: 09/06/2022) |
| 09/06/2022 | 17 | ORDER THAT PLAINTIFF SHALL RESPOND TO DEFENDANT'S MOTION TO TRANSFER VENUE NO LATER THAN 9/12/22. SIGNED BY HONORABLE WENDY BEETLESTONE ON 9/6/22. 9/6/22 ENTERED AND COPIES E−MAILED.(mbh) (Entered: 09/06/2022) |
| 09/06/2022 | 18 | Minute Entry for proceedings held before MAGISTRATE JUDGE RICHARD A. LLORET Pretrial Conference held on 9/6/22. (JL) (Entered: 09/06/2022) |
| 09/09/2022 | 19 | RESPONSE in Opposition re 10 MOTION for Preliminary Injunction filed by PENNSYLVANIA STATE UNIVERSITY. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4 (Part 1), # 5 Exhibit 4 (Part 2), # 6 Exhibit 4 (Part 3), # 7 Exhibit 4 (Part 4), # 8 Exhibit 5 (Part 1), # 9 Exhibit 5 (Part 2), # 10 Exhibit 5 (Part 3), # 11 Exhibit 5 (part 4))(SASSO, GEOFFREY) (Entered: 09/09/2022) |
| 09/09/2022 | 20 | Discovery Plan by PENNSYLVANIA STATE UNIVERSITY.(SASSO, GEOFFREY) (Entered: 09/09/2022) |
| 09/12/2022 | 21 | RESPONSE in Opposition re 13 MOTION to Transfer filed by TRISHA TSHUDY. (REIL, WILLIAM) (Entered: 09/12/2022) |
| 09/12/2022 | 22 | Discovery Plan by TRISHA TSHUDY.(REIL, WILLIAM) (Entered: 09/12/2022) |
| 09/13/2022 | 23 | MEMORANDUM AND/OR OPINION. SIGNED BY HONORABLE WENDY BEETLESTONE ON 9/13/22. 9/13/22 ENTERED AND COPIES E−MAILED.(mbh) (Entered: 09/13/2022) |
| 09/13/2022 | 24 | ORDER THAT THE CLERK OF COURT IS DIRECTED TO TRANSFER THE ABOVE−CAPTIONED CASE TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYVANIA. SIGNED BY HONORABLE WENDY BEETLESTONE ON 9/13/22. 9/13/22 ENTERED AND COPIES E−MAILED.(mbh) (Entered: 09/13/2022) |