**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Trisha Tshudy, | : | |
| | : | |
| *Plaintiff* | : | |
| | : | Civil Action No.   22-cv-03336 |
| vs. | : | |
| | : | Hon. Wendy Beetlestone |
| Pennsylvania State University | : | |
| | : | |
| *Defendant* | : | |
| | : | |

**THE PENNSYLVANIA STATE UNIVERSITY'S MOTION TO DISMISS**
**<u>PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM</u>**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant, The Pennsylvania State University ("PSU"), by and through its undersigned counsel, respectfully moves this Court to dismiss Plaintiff, Trisha Tshudy's Complaint for failure to state a claim upon which relief can be granted. For the reasons set forth in PSU's accompanying Memorandum of Law, PSU respectfully requests that this Court enter the attached, proposed form of order.

Via Order dated September 13, 2022 (ECF No. 24), the United States District Court for the Eastern District of Pennsylvania Court transferred this case to the United States District Court for the Middle District of Pennsylvania. While PSU's Motion to Dismiss will ultimately be heard by and before the Middle District, PSU's response to Plaintiff, Trisha Tshudy's Complaint is due today and, therefore, PSU is filing its Motion to Dismiss at this time so that it is timely filed.

Respectfully submitted,

Dated:  September 13, 2022

**BUCHANAN INGERSOLL & ROONEY PC**

By*:  /s/ Geoffrey F. Sasso*
    Geoffrey F. Sasso (Pa. ID 202936)
    George Morrison (Pa. ID 203223)
    Erin Lucas Hamilton (Pa. ID 93852)
    Two Liberty Place
    50 S. 16th Street, Suite 3200
    Philadelphia, PA 19102
    P: 215-665-8700
    F: 215-665-8760
    geoff.sasso@bipc.com
    george.morrison@bipc.com
    erin.hamilton@bipc.com

*Attorneys for Defendant, The*
*Pennsylvania State University*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on this 13th day of September, 2022, a true and correct copy of the

Defendant The Pennsylvania State University's Motion to Dismiss Plaintiff's Complaint and

Supporting Memorandum of Law was filed by the Court's Electronic Case Filing System and is

available for viewing and downloading from the ECF system. The below was served via ECF:

William C. Reil, Esquire
Law Offices of William C. Reil
1420 Locust Street, Suite 420
Philadelphia, PA 19102

*    Attorney for Plaintiff, Trisha Tshudy*

            */s/ Geoffrey S. Sasso*
            Geoffrey F. Sasso, Esquire
            *Attorney for Defendant,*
            *The Pennsylvania State University*