# EXHIBIT B



Dickinson Law
The Pennsylvania State University
Lewis Katz Hall
150 South College Street
Carlisle, PA 17013

717-240-5000
dickinsonlaw.psu.edu

Date:   August 15, 2021

To:     File of Trisha Tshudy

Re:     Academic Adjustments for **Fall Semester 2021**

## THIS INFORMATION IS CONFIDENTIAL

Trisha Tshudy has a documented disability and is registered with Student Disability Resources (SDR) and disability coordinator at Dickinson Law, Associate Dean Dodge. The student is to receive reasonable academic adjustments according to the Americans with Disabilities Act Amendments Act of 2008 and the Rehabilitation Act of 1973. After collecting the required medical documentation and conducting the interactive process, SDR recommends the following academic adjustments:

**IN-CLASS ACCOMMODATIONS**

- Use of a service dog in classes, exams, and around the building
- Access to recorded class lectures
- Unlimited use of tutoring services
- Allowed to take breaks during class that may require leaving the classroom
- Allowed to eat and drink during class, oral arguments etc., limited only by COVID-19 restrictions
- Enrolling in class remotely for fall 2021

**TESTING ACCOMMODATIONS**

- 100% extended time to take exams/quizzes in a private room
- Allowed to take breaks during exams that may require leaving the testing room

Associate Dean Dodge will communicate in-class accommodations to the student's faculty members within 48 hours of completing the process by signing below. To access testing accommodations, students must submit a Testing Accommodation Access Request form at least four business days in advance of each exam, midterm, quiz, or assessment for which the accommodations are needed.

If the student has any questions regarding the process or approved accommodations listed above, please contact Associate Dean Dodge at jad6742@psu.edu or 717-240-5247. Penn State and Dickinson Law are committed to maintaining an accessible and equitable place to obtain an education. In that vein, we always welcome your input and feedback regarding this process.

Student Signature: _Trisha Tshudy (Aug 17, 2021 07:01 MDT)_    Date: 17-Aug-2021

Associate Dean Signature: _____    Date: 8/15/2021