## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Trisha Tshudy, | : |
| *Plaintiff* | : |
| | : Civil Action No.   22-cv-03336 |
| vs. | : |
| | : Hon. Wendy Beetlestone |
| Pennsylvania State University | : |
| *Defendant* | : |

## ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of the Motion of Defendant, The Pennsylvania State University, to Dismiss Plaintiff's Complaint for Failure to State a Claim, and any response thereto, it is hereby ORDERED that the Motion to Dismiss is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE in its entirety.

BY THE COURT:

_____