UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I, Geoffrey F. Sasso, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: Buchanan Ingersoll & Rooney PC
Two Liberty Place, 50 S. 16th Street, Suite 3200
Philadelphia, Pennsylvania 19102-2555

Office Telephone: (215) 665-8700

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Pennsylvania (11/02/06); New Jersey (12/05/06), New York (01/22/09), U.S. Court of Appeals for the Third Circuit (04/25/18); U.S. District Court D. N.J. (12/05/06); U.S. District Court E.D. Pa (11/02/06); and U.S. District Court S.D.N.Y. (01/22/09).

My attorney Identification number is: Pa. ID 202936

---

FOR COURT USE ONLY

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT  _s/ Matthew W. Brann_    Date: 10/6/2022