William C. Reil, Esquire
1420 Locust Street, Suite 420, Philadelphia, PA 19102
BillReilLaw@gmail.com
215-564-1635

November 8, 2022                                                   **BY ELECTRONIC FILING**

Chambers of The Honorable Matthew W. Brann
Herman T. Schneebeli Federal Building
United States District Court
240 West Third Street, Suite 218
Williamsport, PA 17701

        Re: Trisha Tshudy v. Pennsylvania State University
            Case ID No. 4:22-cv-01431
            **Request for Settlement Conference; Plaintiff's Outstanding Motion For Injunction and Defendant's Motion to Dismiss; Termination of Plaintiff's Medical Insurance and Communication with PSU**

Dear Judge Brann:

Please be advised that I represent the plaintiff in the above-captioned case. Presently, I understand that the posture of the case is that there are outstanding motions pending, which are indicated above. As you may know, plaintiff is a student at Dickinson Law School with a disability of severe Lyme disease. I write to the Court to advise that it is my understanding that Penn State University has terminated plaintiff's medical insurance and that she has been forced to apply for such insurance through government assistance. Plaintiff also tried to communicate with the appropriate persons at Dickinson with regard to financial aid, which she was barred from doing because of the termination of her university account.

I note that in the Eastern District of Pennsylvania, where this case was originally filed on 8/21/22, that a settlement conference with a Magistrate Judge was scheduled soon after filing. Obviously, the settlement conference was abrogated when the case was transferred to the Middle District of Pennsylvania. Accordingly, I would request that the Court schedule a settlement conference as soon as possible. I strongly believe that this case can be settled. I would request that the settlement conference be with a Magistrate Judge and possibly done by Zoom or phone.

Respectfully,

*William C. Reil*

William C. Reil
WCR/mar

cc: Trisha Tshudy
     George Morrison, Esquire

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the attached document (s) was served upon all other parties or their counsel of record by:

_____ Regular First Class Mail

_____ Facsimile

_____ Certified Mail

_____ Hand-Delivered

_____X_____ Electronic Filing

_____ Email

William C. Reil, Esquire
*Attorney for Plaintiff*
Law Offices of William C. Reil
1420 Locust Street, Suite 420
Philadelphia, PA 19102
billreillaw@gmail.com
11/08/22