William C. Reil, Esquire
1420 Locust Street, Suite 420, Philadelphia, PA 19102
BillReilLaw@gmail.com
215-564-1635

November 14, 2022                                                    **BY ELECTRONIC FILING**

Chambers of The Honorable Matthew W. Brann
Herman T. Schneebeli Federal Building
United States District Court
240 West Third Street, Suite 218
Williamsport, PA 17701

        Re:  Trisha Tshudy v. Pennsylvania State University
             Case ID No. 4:22-cv-01431
             **Request for Settlement Conference; Reply to Defendant's Filing**

Dear Judge Brann:

Please be advised that I represent the plaintiff in the above-captioned case. I wrote to the Court on November 8, 2022 requesting a settlement conference and defendant replied by letter of November 9, 2022. Suffice it to say that plaintiff and defendant are diametrically opposed on the issue as to whether Dickinson Law School has attempted to constructively discharge the plaintiff, Trisha Tshudy. That is not the reason I am requesting a settlement conference. I note that plaintiff had received several dates for both settlement conferences and hearings on a motion for injunctive relief in the Eastern District. None of these ever came to fruition. It is understood that we are now in the Middle District of Pennsylvania with its own procedures.

It is now obviously too late for Ms. Tshudy to attend her third year at Dickinson Law School. I would like a settlement conference to address the settlement of this case revolving around what my client needs to do to continue her third year of law school at Dickinson in September, 2023. If these requirements could be put in writing as part of a settlement, I believe this matter could be resolved.

Respectfully,

*William C. Reil*

William C. Reil
WCR/mar

cc:  Trisha Tshudy
      George Morrison, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached document (s) was served upon all other parties or their counsel of record by:

_____ Regular First Class Mail

_____ Facsimile

_____ Certified Mail

_____ Hand-Delivered

_____X_____ Electronic Filing

_____ Email

William C. Reil, Esquire
*Attorney for Plaintiff*
Law Offices of William C. Reil
1420 Locust Street, Suite 420
Philadelphia, PA 19102
BillReilLaw@gmail.com
11/14/22