IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRISHA TSHUDY, | No. 4:22-CV-01431 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| PENNSYLVANIA STATE UNIVERSITY, | |
| Defendant. | |

## ORDER

### NOVEMBER 18, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiff's Motion for a Preliminary Injunction (Doc. 26) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge