# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Trisha Tshudy, | : |
| *Plaintiff* | : |
| vs. | : Civil Action No. 4:22-cv-01431-MWB |
| Pennsylvania State University | : |
| *Defendant* | : |

## **ORDER**

AND NOW, this _____ day of _____, 2019, upon consideration of Defendant, The Pennsylvania State University's Motion for Leave to File a Memorandum in Excess of Fifteen (15) Pages, it is hereby ORDERED that the motion is GRANTED. Defendant, The Pennsylvania State University, may file a Memorandum in Support of its Motion to Dismiss Amended Complaint that does not exceed forty (40) pages and/or 8,500 words.

_____
J. Brann