IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRISHA TSHUDY, | No. 4:22-CV-01431 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| PENNSYLVANIA STATE UNIVERSITY, | |
| Defendant. | |

## ORDER

**MARCH 16, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Pennsylvania State University's Motion to Dismiss for Failure to State a Claim (Doc. 50) is **GRANTED**.

2. Plaintiff Trisha Tshudy's Amended Complaint (Doc. 46) is DISMISSED with prejudice.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge